No. 10–10079. KAFATIA *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–10105. BERMUDEZ *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 10–10127. PARTOVI *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 10–10135. STEWARD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–10139. PARTOVI *v.* UNKNOWN OFFICER ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–10152. GILLOTT *v.* RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–10166. AKBAR *v.* PADULA, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10–10189. WELLMAN *v.* COLORADO. Ct. App. Colo. Certiorari denied.

No. 10–10192. JASON K. *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.

No. 10–10234. JOHNSON *v.* SWARTHOUT, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–10237. MCNAIR *v.* COLEMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FAYETTE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–10277. CUEVAS-HERNANDEZ *v.* WASDEN, ATTORNEY GENERAL OF IDAHO. C. A. 9th Cir. Certiorari denied.

No. 10–10302. ORAL H. *v.* CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 10–10314. SMITH *v.* STEVENSON, WARDEN. C. A. 4th Cir. Certiorari denied.